### 5503. LAMB, receiver, *et al. v.* KENNEDY.

RUSSELL, C. J. 1. In support of the ground of the defendants' motion for a new trial based upon alleged newly discovered testimony, a witness testified that he warned the plaintiff against alighting from the train, thereby informing him that they had not reached the depot; and had this warning been heeded the injury complained of would not have occurred. But there was a counter-showing, in which the statement of the witness alleged to have been newly discovered was contradicted by testimony of two other witnesses. *Held,* that the credibility of the testimony of the several witnesses was a matter for determination by the trial judge; and there appears to have been no abuse of discretion in refusing a new trial on this ground.

2. The damages recovered were for personal injuries causing pain and suffering; as to which the amount of recovery is left to the enlightened conscience of the jury; and the verdict for $1,250 can not be held excessive.

3. The remaining assignments of error are without merit.

                  *Judgment affirmed. Broyles, J., not presiding.*
                  DECIDED DECEMBER 24, 1914.

Action for damages; from city court of Thomasville—Judge W. H. Hammond. April 8, 1914.

*Rosser & Brandon, J. H. Merrill, Stiles Hopkins,* for plaintiffs in error.

*Theodore Titus, Roscoe Luke,* contra.